95 A.3d 156

IN THE MATTER OF ROMAN A. MONTES, A
JUDGE OF THE MUNICIPAL COURT.

May 21, 2014.

## ORDER

The Advisory Committee on Judicial Conduct having filed with the Court pursuant to *Rule* 2:15–15(a), a presentment recommending that **ROMAN A. MONTES,** a Judge of the Municipal Court for the City of Rahway and the City of Elizabeth, be censured for violating *Canon* 1 (a judge should personally observe high standards of conduct so the integrity and independence of the judiciary may be preserved), *Canon* 2A (a judge should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary), and *Canon* 5A(2) (a judge must conduct all extra-judicial activities in a manner so as to not demean the judicial office) of the *Code of Judicial Conduct;*

And respondent, through counsel, having accepted the findings and recommendation for discipline of the Advisory Committee on Judicial Conduct;

And good cause appearing;

It is ORDERED that the findings and recommendation of the Advisory Committee on Judicial Conduct are adopted and **ROMAN A. MONTES,** a Judge of the Municipal Court of the City of Rahway and the City of Elizabeth, is hereby censured.